United States District Court
Southern District of Texas
**ENTERED**
November 26, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO VEZGA LEON, | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-05521 |
| | § | |
| KRISI NOEM, et al., | § | |
| *Respondents*. | § | |

## ORDER

Before the Court are Petitioner's Petition for Writ of Habeas Corpus (ECF 1) and Petitioner's Motion for a Temporary Restraining Order (ECF 2). On November 25, 2025, the Court held a hearing and heard arguments of parties. The Court has determined that the Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

Therefore, Petitioner's Petition for Writ of Habeas Corpus is GRANTED IN PART. Habeas relief is granted in the form of a bond hearing. It is hereby ORDERED that Petitioner be provided a bond hearing before an Immigration Judge under 8 U.S.C. § 1226 by December 2, 2025. It is further ORDERED that the Government update this Court on the status of Petitioner's bond hearing by December 3, 2025.

Petitioner's Motion for a Temporary Restraining Order is DENIED AS MOOT.

SIGNED at Houston, Texas, on this the 25th day of November, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE